

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**     312-435-5670
**Clerk**

Date February 24, 2017

**Addressee Information:**

**Edelson PC**
**350 N. LaSalle St., 13th Floor**
**Chicago, Illinois 60654**

RE: Dobrowolski v. Intelius, Inc.
USDC Case Number: 17cv1406

Dear Counselor:

The records of this office indicate that on February 23, 2017 a notice of removal pursuant to 28 USC 1441 et seq. was filed with this court in connection with the above referenced matter. The notice lists the circuit court case number as 2017-CH-01177. The documents filed with the notice of removal list you as counsel for the plaintiff.

The purpose of this letter is to inform you that the Local Rules of this Court require that an appearance form be filed by an attorney who intends to represent a party in any proceeding before this Court. For your convenience, a copy of this form is located on the District Court website at http://www.ilnd.uscourts.gov/OnlineForms.aspx.

                                Sincerely,
                                Thomas G. Bruton, Clerk

                                By: /s/Melissa Astell_____
                                      Deputy Clerk

Rev. 09/23/2016