**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ANNA DOBROWOLSKI, individually and on behalf of all others similarly situated, | |
| Plaintiff, | No. 17-cv-01406 |
| v. | Judge Sara L. Ellis |
| INTELIUS, INC., a Delaware corporation, | Mag. Judge Sidney I. Schenkier |
| Defendant. | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE A RESPONSIVE PLEADING**

Defendant Intelius, Inc. ("Intelius"),[1] for its motion for extension of time to file a responsive pleading, states as follows:

1.      Intelius removed this matter to federal court from the Circuit Court of Cook County, Illinois, on February 23, 2017.  Pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), Intelius's responsive pleading is currently due March 2, 2017.

2.      Intelius requests an extension of 28 days to file its answer or otherwise respond, up to and including March 30, 2017.

3.      This is the first request for additional time by Intelius in this matter and is not sought for undue delay or a vexatious purpose.

4.      Counsel for Intelius has conferred with counsel for plaintiff Anna Dobrowolski, who indicated that she does not oppose this Motion.

---

[1] Defendant formally changed its corporate name to PeopleConnect, Inc., on January 1, 2017. But Defendant refers to itself as "Intelius" in this motion to be consistent with the language used in the Complaint.

WHEREFORE, Intelius respectfully requests an Order granting it until March 30, 2017, to answer or otherwise plead in response to the Complaint.

Respectfully submitted,

INTELIUS, INC.

By:   /s/ Blaine C. Kimrey
      One of its attorneys

Blaine C. Kimrey
Bryan K. Clark
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
T:  +1 312 609 7500

Dated:  February 28, 2017

2

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 28, 2017, a copy of the foregoing was electronically filed in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.  Parties may access this filing through the court's system.


*/s/ Blaine C. Kimrey*
Blaine C. Kimrey